REDDEN, Respondent, vs. REDDEN, Appellant.

For the appellant: *Julius O. Roehl* of Milwaukee.

For the respondent: *Dougherty, Arnold & Kivett,* attorneys, and *Michael H. Keelan* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

HARNISCHFEGER CORPORATION, Appellant, vs. INDUSTRIAL COMMISSION and another, Respondents.

For the appellant: *Otjen & Otjen* of Milwaukee.

For the respondent Industrial Commission: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent William L. Bauer: *L. A. Tarrell* of Milwaukee.

*By the Court.*—Judgment affirmed.